1 Esau Ruiz Herrera (SBN 71189)
Herrera & Pizarro
2 302-F Toyon Ave, No. 284
San Jose, CA 95127
3 (408) 926-7163
EsauLawyer@gmail.com
4
5 Attorney for Defendant



RECEIVED
2009 APR 24 PM 3:29
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA SJ

**FILED**
APR 2 4 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,           No. CR 09-70174 RS  CR 09-259 JW

12          Plaintiff,
                                        **Stipulation of Counsel
13  vs.                                 and
                                        Order of Court**
14  MIGUEL NAVA-MONTOYA,

15          Defendant.
    _____/
16

17  STIPULATION OF COUNSEL

18      Counsel for the United States Government, Laura M. Durity, Esq., and counsel for

19  defendant, Esau Ruiz Herrera, Esq., hereby stipulate and agree that there exists good

20  cause for this Court to reset the status hearing date in this matter, from April 27, 2009, to

21  June , 2009, at 1:30 pm.

22      Counsel for defendant shall be engaged in a felony jury trial commencing on April

23  27, 8:30am, in Monterey County, for approximately three weeks. Counsel for defendant
    stipulates and agrees that time up to and including June 1, 2009 shall be excluded from
24  consideration in connection with the Speedy Trial Act.

25  /////
26  /////
27  /////
28

(1) Order of Court

## ORDER OF COURT

**GOOD CAUSE APPEARING THEREFORE**, and upon the stipulation of counsel for the government and for defendant, **It is Hereby Ordered** that the date set for further status hearing shall be continued from April 27, 2009, and **reset to June 1, 2009**, at 1:30 pm. All other conditions of the Court's prior orders shall remain in effect.

April 24, 2009

_____
Hon. James Ware

Approved as to form. It is so stipulated.

April 24, 2009

_____
Laura M. Durity, Esq.
Assistant United States Attorney

April 24, 2009

_____
Esau Ruiz Herrera
Attorney for ~~Artemio Armas-Garcia~~ Miguel Nava-Montoya

(2) Order of Court